May 30, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

SHEILA BAILEY, Appellant

NO. 14-12-00333-CV                          V.

AMAYA CLINIC, INC. AND DR. DAVID W. POWELL, Appellees


DR. DAVID W. POWELL, Appellant

NO. 14-12-00335-CV                          V.

SHEILA BAILEY, Appellee


AMAYA CLINIC, INC., Appellant

NO. 14-12-00354-CV                          V.

SHEILA BAILEY, Appellee

_____

This cause, an interlocutory appeal from the order signed March 30, 2012, was heard on the transcript of the record. We have inspected the record and find no error. We order the decision of the court below **AFFIRMED**. We order that each party shall pay its costs by reason of this appeal. We further order this decision certified below for observance.